[No. 3680–4–III.  Division Three.  May 29, 1980.]

*In the Matter of the Adoption of*
TANYA LEE SANDY.

BERNICE SANDY, *Appellant,* v. DON E.
HATHAWAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ferry County, No. 1740, B. E. Kohls, J., entered October 15, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 3298–1–III.  Division Three.  May 29, 1980.]

LARRY POPPLE, *Respondent,* v. ROD FOGLE,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 20631, Willard A. Zellmer, J., entered February 9, 1979. *Reversed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 6018–0–I.  Division One.  June 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ELLSWORTH
JOSHUA BROWN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81781, Norman W. Quinn, J., entered October 4, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, A.C.J., and Durham–Divelbiss, J.